IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD ANTHONY DISCO, | Civil Action No. 2:19-cv-00130 |
| Plaintiff, | |
| v. | Magistrate Judge Lisa Pupo Lenihan |
| SHELLY LEE THOMPSON, et al., | |
| Defendants. | ECF No. 33 |

## ORDER ON DEFENDANTS' MOTION TO DISMISS

In accordance with the Memorandum Opinion of even date herewith, it is **HEREBY ORDERED** that Defendants' Motion to Dismiss, ECF No. 33, is

**GRANTED** as to claims against the individual Defendants in their official capacities or against the Defendant Parole Board,

**GRANTED** as to claims for damages for mental or emotional injury, and

**DENIED** in all other respects.

Dated: April 7, 2020　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LISA PUPO LENIHAN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　Richard Anthony Disco
　　　　JH-1908
　　　　SCI Fayette
　　　　48 Overlook Dr.
　　　　LaBelle, PA 15450

*Via First Class U.S. Mail*

All Counsel of Record
*Via Electronic Mail*